THE LAW OFFICES OF
LAWRENCE H. NEMIROW
Lawrence H. Nemirow, Esq. (SBN 182383)
5242 Katella Ave., Suite 104
Los Alamitos, California 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

Attorneys for Plaintiffs
Richard M. Salazar and Leah M. Salazar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD M. SALAZAR and LEAH M. SALAZAR<br><br>Plaintiffs,<br><br>v<br><br>SIMONE WOLF, COUNTRY CLUB GARDEN APARTMENTS, MICHAEL S. MASSONI and TRUSTEE OF TODDS TRUST<br><br>Defendants, | CASE No. SACV 10-01676-JAK(MLGX)<br>The Honorable John A. Kronstadt<br><br>REQUEST FOR DISMISSAL OF ENTIRE CASE |

1. The case having been settled and settlement proceeds received, Plaintiffs hereby dismisses all Defendants and requests that this case be dismissed and removed from the docket.

2. No previous request for settlement or dismissal has been filed.

DATED:   December 15, 2011

IT IS SO ORDERED.
DATED: _[signature]_____
_____
UNITED STATES DISTRICT JUDGE

By: /s/ Lawrence H. Nemirow
      Lawrence H. Nemirow, Esq.
      Attorneys for Plaintiffs
      Richard M. Salazar and
      Leah M. Salazar